FINCHER v. STATE. (1 Div. 472.) (Court of Appeals of Alabama. Nov. 28, 1922.) Appeal from Circuit Court, Mobile County; Joel W. Goldsby, Judge. Ollie Fincher was convicted of assault and battery, and he appeals. Affirmed.

BRICKEN, P. J. The indictment in this case charged the defendant with the offense of assault with intent to murder upon one John J. Hurst. He was duly arraigned, and issue was joined upon his plea of not guilty. The jury returned a verdict of guilty of an assault and battery, and assessed ·a fine against him of $275, and judgment was pronounced accordingly. From this judgment he appeals. The appeal is upon the record proper, there being no bill of exceptions, and it is certified to this court that the time for filing same has expired. As the law requires, we have searched the record for error apparent thereon and find none. It follows that the judgment appealed from must be affirmed. Affirmed.

(95 South. 924)

FIRST NAT. BANK of BIRMINGHAM v. SUIT. (6 Div. 147.) (Court of Appeals of Alabama. Jan. 16, 1923.) Appeal from Circuit Court, Jefferson County; Dan A. Greene, Judge. Cabaniss, Johnston, Cocke & Cabaniss, of Birmingham, for appellant. Beddow & Oberdorfer, of Birmingham, for appellee.

BRICKEN, P. J. Appeal dismissed by agreement.

(98 South. 923)

Ben FISHER v. STATE. (1 Div. 515.) (Court of Appeals of Alabama. Nov 20, 1923.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge.

FOSTER, J. Affirmed.

(98 South. 923)

Blanche R. FISHER v. STATE. (8 Div. 169.) (Court of Appeals of Alabama. Feb. 5, 1924.) Appeal from Circuit Court, Colbert County; Chas. P. Almon, Judge. Prosecution for practicing medicine without license.

SAMFORD, J. Appeal dismissed by appellant.

(95 South. 924)

FLOWERS v. PEACE. (6 Div. 132.) (Court of Appeals of Alabama. April 19, 1923.) Appeal from Circuit Court, Jefferson County; J. B. Aird, Judge. W. M. Davison, of Birmingham, for appellant. Clarence Mullins, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

(98 South. 923)

Bob FREEMAN, alias, etc. v. STATE. (5 Div. 476.) (Court of Appeals of Alabama.

Dec. 18, 1923.) Appeal from Circuit Court, Lee County; S. L. Brewer, Judge.

BRICKEN, P. J. Appeal dismissed upon motion of appellant.

(96 South. 940)

GEORGE et al. v. BERRY et. al. (6 Div. 182.) (Court of Appeals of Alabama. May 8, 1923.) Appeal from Circuit Court, Jefferson County; Dan A. Greene, Judge.

BRICKEN, P. J. Affirmed.

(96 South. 940)

GILLEY v. STATE. (8 Div. 54.) (Court of Appeals of Alabama. May 29, 1923.) Appeal from Circuit Court, Morgan County; Osceola Kyle, Judge. Jourdan Gilley was convicted of distilling, and the unlawful possession of a still, and he appeals. Appeal dismissed.

BRICKEN, P J. The defendant was tried and convicted under an indictment charging him with the offense of distilling, and also unlawfully possessing a still. The verdict was general finding him guilty as charged in the indictment, and the court duly sentenced him to the penitentiary for not less than two nor more than three years. The appeal is upon the record, and is here submitted upon motion by appellant to dismiss the appeal. The motion is not resisted, and it is therefore granted. The appeal in this case is dismissed. Appeal dismissed.

(99 South. 925)

Robert GLOVER v. STATE. (8 Div. 109.) (Court of Appeals of Alabama. April 8, 1923.) Appeal from Circuit Court, Madison County; James E. Horton, Jr.,· Judge. Defendant was convicted of possessing a still, and appeals. R. E.· Smith, of Huntsville, for appellant. Harwell G. Davis, Atty. Gen., for the State.

. SAMFORD, J. There are numerous objections and exceptions to evidence There are, however, none presenting other than the most elementary principles. From the entire record it·appears that the defendant had a fair trial, in which no error appears prejudicial to his substantial rights. Let the judgment be affirmed. Affirmed.

(98 South. 923)

Thomas GRAVES v. STATE. (6 Div. 262.)· (Court of Appeals of Alabama. Jan. 15, 1924.) Appeal from Circuit Court, Jefferson County; Wm. E. Fort, Judge.

SAMFORD, J. Affirmed.

(99 South. 925)

A. N. GRAY v. STATE. (8 Div. 150.).: (Court of Appeals of Alabama. Feb. 12, 1924.) Appeal from Circuit Court, Lauderdale County; Chas. P. Almon, Judge. Violating prohibition law.

FOSTER, J. Appeal dismisséd.